389 A.2d 186

Commonwealth ex rel. Goldman, Appellant, v. Goldman.

Submitted December 22, 1976.  Arthur Lefkoe, and Wisler, Pearlstine, Talone, Craig & Garrity, for appellant; Lawrence F. Flick, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.